IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLENN GRIFFIN,<br>Plaintiff,<br><br>v.<br><br>OFFICER DANIEL COX #38951 (ET AL);<br>UNIVERSITY OF PITTSBURGH POLICE<br>DEPARTMENT; UNIVERSITY OF<br>PITTSBURGH,<br>Defendants. | Civil Action No. 2:12-430<br>District Judge<br>Magistrate Judge Cynthia Reed Eddy |

## MEMORANDUM ORDER

On September 10, 2012, this Court filed a Report and Recommendation on a Motion to Dismiss Plaintiff Glenn Griffin's civil rights complaint against Officer Daniel Cox, the University of Pittsburgh Police Department and the University of Pittsburgh, recommending that the Motion to Dismiss be granted and the case dismissed with prejudice.

As stated in the Report and Recommendation, in accordance with the Magistrate's Act, 28 U.S.C. § 636 (b)(1)(B) and (C), and Local Rule 72.D.2 of the Local Rules for Magistrates, Objections to the Report and Recommendation were due by September 27, 2012. Plaintiff was advised that failure to timely file Objections would constitute waiver of his appellate rights. No Objections have been filed.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 22nd day of October, 2012, IT IS HEREBY ORDERED that the Motion to Dismiss (ECF No. 13) is GRANTED, and this action is DISMISSED with prejudice.

IT IS FURTHER ORDERED that the Report and Recommendation (ECF No. 24) dated September 10, 2012, is ADOPTED as the Opinion of the Court.

IT IS FURTHER ORDERED that the Clerk of Court mark this case CLOSED.

AND IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

BY THE COURT:

Hon. Gary L. Lancaster,
Chief United States District Judge

cc: Hon. Cynthia Reed Eddy,
United States Magistrate Judge

Glenn Griffin, #94021
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219-3100

All counsel registered on ECF